# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-00434-LDG (PAL) |
| v. | **ORDER** |
| DELYANA NEDYALKOVA, | |
| Defendant. | |

THE COURT **ORDERS** that Defendant Delyana Nedyalkova's Motion to Permit Defendant's Surrender to the United States Marshal (#590) is DENIED as moot.

DATED this 15 day of May, 2014.

_____
Lloyd D. George
United States District Judge